## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) IAN RUPERT,** | ) |
| | ) |
| **Plaintiff,** | )  CIV-21-465-J |
| | ) |
| vs. | ) |
| | ) |
| **(1) CREDIT CONTROL, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## SUMMONS RETURNED EXECUTED

I, Victor R. Wandres, certify that I mailed copies of the Summons, attached as Exhibit 1, and Complaint filed in this matter, to the following named defendant by certified mail, addressee only, return receipt requested, at the address shown below. As shown in Exhibit 2, the defendant received the service on May 13, 2021.

CREDIT CONTROL, LLC
c/o The Corporation Company
1833 S. Morgan Rd.
Oklahoma City, OK  73128

/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
P A R A M O U N T   L A W
1202 E. 33rd Street
Tulsa, OK 74105
(918) 200-9272 voice
(918) 895-9774 fax
victor@paramount-law.net

Attorney for Plaintiff