EXH 2

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credit Control, LLC
c/o The Corporation Co
1833 S. Morgan Rd.
Oklahoma City, OK 73128

2. Article Number (Transfer from service label)

9590 9402 4264 8121 0545 84

018 0680 0000 0731 9783

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
HOLLIE MCMAHON

C. Date of Delivery
MAY 13 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 4264 8121 0545 84

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Paramount Law
1202 E. 33rd St.
Tulsa, OK 74105

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10