## IN THE UNITED STATES DISTRICT COURT
## FOR THE Western DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) IAN RUPERT, | ) |
| | ) |
| Plaintiff, | )  CIV-21-465-J |
| | ) |
| vs. | ) |
| | ) |
| (1) CREDIT CONTROL, LLC, | ) |
| | ) |
| Defendant. | ) |

## SERVICE RETURNED EXECUTED

I, Victor R. Wandres, certify that I mailed copies of the Summons, attached as Exhibit 1 and Complaint filed in this matter to the following named defendants by certified mail, addressee only, return receipt requested, at the address shown below. As shown in Exhibit 2, the defendant received the service on May 13, 2021.

LVNV Funding, LLC
c/o The Corporation Company
10300 Greenbriar Place
Oklahoma City, OK  73159


/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
PARAMOUNT LAW
1202 E. 33rd Street
Tulsa, OK 74105
(918) 200-9272 voice
(918) 895-9774 fax
victor@paramount-law.net

Attorney for Plaintiff