# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| (1) Ian Rupert ) ) )  v. ) )  (1) Credit Control, LLC and )  (2) LVNV FUNDING, LLC ) ) | Civil Action No. CIV-21-465-J |

## SUMMONS IN A CIVIL ACTION

To: **LVNV Funding, LLC**
 **c/o The Corporation Company**
 **10300 Greenbriar Place**
 **Oklahoma City, OK  73159**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor R. Wandres
PARAMOUNT LAW
4835 S. Peoria Avenue
Tulsa, OK 74105
7584@paramount-law.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SUMMONS ISSUED:
1:12 pm, May 07, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
 Deputy Clerk