SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TMJ Tompkins, JFC
C/O The Corporation Company
1300 Meridian Plaz
Oklahoma City, OK 73159

9590 9402 4264 8121 0545 91

2. Article Number (Transfer from service label)

7018 0680 0000 0731 9813

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *G. Parrish*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) G. Parrish
C. Date of Delivery MAY 13 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Paramount Ins
1202 E. 33rd Street
Tulsa, OK 74105

United States Postal Service

USPS TRACKING #

9590 9402 4264 8121 0545 91

OKLAHOMA CITY OK 730

SCANNING 5-17-21

Re: Richard