IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IAN RUPERT )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:21-cv-00465-J
CREDIT CONTROL, LLC et al )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Credit Control, LLC.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Patrick A. Watts          6/9/2021
Signature                    Date

Patrick A. Watts
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Malone Frost Martin, PLLC
Firm

1200 S. Big Bend Blvd.
Address

St. Louis          MO          63117
City               State       Zip Code

(314) 669-5490
Telephone

pwatts@mamlaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on 6/9/2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Patrick A. Watts
s/ Attorney Name