**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IAN RUPERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-21-465-J |
| | ) |
| CREDIT CONTROL, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Defendant Credit Control, LLC's (Credit Control) Unopposed Motion for Leave to File Answer or Otherwise Plead Out of Time [Doc. No. 6]. Upon review of Credit Control's unopposed motion, the Court GRANTS Credit Control's Unopposed Motion for Leave to File Answer or Otherwise Plead Out of Time. Credit Control shall answer or otherwise plead on or before June 23, 2021.

IT IS SO ORDERED this 10th day of June, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE