## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

IAN RUPERT, )
)
Plaintiff(s), )
)
v. ) Case No. 5:21-cv-00465-J
)
CREDIT CONTROL, LLC and LVNV )
FUNDING, LLC )
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __LVNV Funding, LLC__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Erick Harris                      June 16, 2021
Signature                            Date

Erick Harris
Print Name

Gordon Rees Scully Mansukhani, LLP
Firm

101 Park Avenue, Suite 1300
Address

Oklahoma City      OK           73102
City               State        Zip Code

(405) 445-6280
Telephone

eharris@grsm.com
Internet E-mail Address

REVISED 05/14/18


American LegalNet, Inc.
www.FormsWorkFlow.com

*Certificate of Service*

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____
on the following, who are not registered participants of the ECF System:

 

s/ _____
s/ Attorney Name

