**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IAN RUPERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-21-465-J ) |
| CREDIT CONTROL, LLC, et al., | ) ) |
| Defendants. | ) |

### ORDER

On June 16, 2021, Plaintiff filed a Motion for Entry of Default by the Clerk [Doc. No. 8], requesting the Clerk of Court enter a default against Defendant LVNV Funding, LLC (LVNV). On that same day, LVNV filed its Answer [Doc. No. 10]. Because LVNV has filed an answer, the Court DENIES Plaintiff's Motion for Entry of Default by the Clerk [Doc. No. 8].

IT IS SO ORDERED this 7th day of July, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE