# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Bernard M. Jones
United States Courthouse**, Room 2017**, Oklahoma City, Oklahoma

ORDER FOR STATUS CONFERENCE

NOTICE TO ALL COUNSEL:

    1.    If one has not already been filed, counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than Monday, July 26, 2021. *See* LCvR16.1(a)(1) and Appendix II.

    2.    In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear**.

    3.    Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any pro se litigants, at the time indicated below.  *See* LCvR16.1(a)(2).

    4.    Please note that a valid photo identification is required to enter the courthouse.

    5.    Conferences will be held telephonically and the Court will contact counsel prior to their conference to provide a call-in number.

---

**Thursday, August 5, 2021**

August 5, 2021

| | | |
|---|---|---|
| 10:00 a.m. | CIV-21-383-J | Tommy Zamora<br>v.<br>Air Evac EMS, Inc. |
| 10:20 a.m. | CIV-20-1282-J | Jeremy Brittain<br>v.<br>Scott Sterling, et al. |
| 10:40 a.m. | CIV-20-1138-J | Anthony P. Tufaro<br>v.<br>State of Oklahoma, ex rel. The Board of Regents of the University of Oklahoma, et al. |
| 11:00 a.m. | CIV-21-519-J | Jamie Manser<br>v.<br>FCA US, LLC, et al. |
| 11:20 a.m. | CIV-21-581-J | Doris L. Clewis<br>v.<br>Target Corporation |
| 11:40 a.m. | CIV-21-305-J | Raw Crude Oil & Gas, LLC<br>v.<br>Ovintiv Mid-Continent, Inc., et al. |
| 12:00 p.m. | CIV-21-465-J | Ian Rupert<br>v.<br>Credit Control, LLC, et al. |
| 12:20 p.m. | CIV-20-996-J | James Isaacs, individually and on behalf of all others similarly situated<br>v.<br>Total Trucking, Inc. |