**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

Ian Rupert

)
)
)
)

Plaintiff(s),

)
)

v.

)

Case No. 5:21-cv-00465-J

Credit Control, LLC and LVNV Funding, LLC

)
)
)
)
)

Defendant(s)

)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

Defendant , Credit Control, LLC .
(Plaintiff/Defendant)             (Name of Party)

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Cooper M. Walker        07/14/2021
Signature                Date

Cooper M. Walker
Print Name

Malone Frost Martin, PLLC
Firm

8750 North Central Expressway, Suite 1850
Address

Dallas        TX        75231
City            State        Zip Code

214-346-2630
Telephone

cwalker@mamlaw.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on July 14, 2021 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on , I filed the attached document with the Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

ul Cooper M. Walker

s/ Attorney Name