**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IAN RUPERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-21-465-J |
| | ) |
| CREDIT CONTROL, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court notes that Victor R. Wandres, counsel for Plaintiff, has failed to file an entry of appearance as required by LCvR 83.4.  Such entry shall be filed within three days of this Order.

IT IS SO ORDERED this 2nd day of September, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE