**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IAN RUPERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-21-465-J |
| CREDIT CONTROL, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court notes that Defendants Credit Control LLC and LVNV Funding LLC have failed to file disclosure statements as required by LCvR 7.1.1. Such disclosure statements shall be filed within three days of this Order.

IT IS SO ORDERED this 2nd day of September, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE