# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

IAN RUPERT

    Plaintiff(s)

vs.   Case Number: 5:21-cv-00465-J

CREDIT CONTROL, LLC et al

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____CREDIT CONTROL, LLC_____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

    (Check one)   ☑ YES   ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
    CREDIT CONTROL HOLDINGS, INC.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  2nd  day of September , 20 21 .

| | |
|---|---|
| /s/ Patrick A. Watts | |
| Signature | |
| Patrick A. Watts | 61701 |
| Printed Name | Bar Number |
| MALONE FROST MARTIN PLLC | |
| Firm Name | |
| 1200 S. Big Bend Blvd. | |
| Address | |
| St. Louis    MO    63117 | |
| City    State    ZIP | |
| 314-669-5490    888-632-6937 | |
| Phone    Fax | |
| pwatts@mamlaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on   9/2/2021   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Victor Wandres, Attorney for Plaintiff
Erick Harris, Attorney for Defendant LVNV

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Patrick A. Watts
Signature