IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Ian Rupert )
)
Plaintiff(s), )
)
v. ) Case No. 5:21-cv-00465-J
)
Credit Control, LLC and )
LVNV Funding, LLC )
)
Defendant(s) )

### ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Ian Rupert.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Victor R. Wandres   09/03/2021
Signature   Date

Victor R. Wandres
Print Name

Paramount Law
Firm

1202 E. 33rd Street
Address

Tulsa   OK   74105
City   State   Zip Code

918-200-9272
Telephone

7584@paramount-law.net
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on September 3, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

Victor R. Wandres
s/ Attorney Name