### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | Ian Rupert, | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | Case No. 5:21-cv-00465-J |
| v. | | ) | |
| | | ) | |
| (1) | Credit Control, LLC and | ) | |
| (2) | LVNV FUNDING, LLC, | ) | |
| | | ) | |
| | Defendants. | ) | |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Ian Rupert, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached against all defendants and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,



/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
1202 E. 33rd Street
Tulsa, OK 74105
(918) 200-9272

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 03, 2021, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System and that a copy of the foregoing was served via the Court's ECF filing system.

/s/ Victor R. Wandres
Victor R. Wandres
Attorney for Plaintiff
