**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1)     IAN RUPERT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 5:21-cv-00465-J |
| | ) | |
| (1)     CREDIT CONTROL, LLC and | ) | |
| (2)     LVNV FUNDING, LLC | ) | |
| | ) | |
| **Defendants.** | | |

**RULE 41 STIPULATION OF DISMISSAL WITH**
**PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS**

The Plaintiff and Defendants, pursuant to Rule 41(a)(1) F.R.C.P., stipulate to the dismissal of the above-styled and numbered cause of action of Plaintiff, Ian Rupert, as against Defendants, Credit Control, LLC and LVNV Funding, LLC, with prejudice.

/s/ Erick Harris
Erick Harris, OBA #1300
101 Park Avenue #1300
Oklahoma City, OK  73192
(405) 445-6280
eharris@grsm.com
www.grsm.com

Attorney for Defendants

/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
PARAMOUNT LAW
4835 S. Peoria Ave., Suite One
Tulsa, OK 74105
(918) 200-9272 voice
(918) 895-9774 fax
7584@paramount-law.net

Attorney for Plaintiff